**COMMERZBANK**

Commerzbank AG, Postbox 11 19 13, 20419 Hamburg

**Gorgonia di Navigazione S.p.A.**
Att. Ms Maddalena D´Amato

Piazza Bovio, 22
I-80133 Naples
Italy

Fax No.: +39 081 551 1420

**Deutsche Schiffsbank**
**Portfoliomanagement International III**

Marcus Weber
Postal address:
Post box: 11 19 13, 20419 Hamburg
Office address:
Domstraße 18, 20095 Hamburg
Phone   +49 40/3683-6479
Fax      +49 40/3683-6468
Marcus.weber@commerzbank.com

Hamburg, 15 October 2013

**"UTOPIE" - Loan Agreement dated 29 September 2006**

Dear Sir/Madam,

We refer to (A) the loan agreement dated the 29 September 2006 entered into between Gorgonia di Navigazione of Piazza Bovio 22, I-80133 Naples being a company duly incorporated according to the laws of Italy, having its registered office at Piazza Bovio 22, I-80133 Naples, as borrower (herein referred to as the "Debtor") and Deutsche Schiffsbank Aktiengesellschaft, acting through its office at Domshof 17, 28195, Bremen, Federal Republic of Germany, now merged into Commerzbank Aktiengesellschaft, as lender (therein and herein in such capacity referred to as the "Bank") in respect of inter alia a maximum loan facility of USD 30,175,000 to be advanced by the Bank to the Debtor in order to assist the Debtor inter alia in long term financing the building price of the Panamax Bulkcarrier "Utopie", built 2008 at Hudong Zhongua, China and registered under the laws and flag of Italy in the name of Gorgonia di Navigazione S.p.A. with IMO number 9422328 (the "Vessel") and (B) the Securities executed pursuant to the above Loan Agreement.

Words and expressions defined in the above Loan Agreement have the same meanings when used in this Letter.

The Bank should have received by the Debtor on 15 May 2012 the amount of nine hundred and fifteen thousand United States Dollars (USD 915,000) as Repayment Instalment in accordance with Clause 6.1 of the Loan Agreement. The above mentioned amount remains outstanding up to date, and we hereby notify you that this non-payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement.

The Bank should have received by the Debtor on 15 November 2012 the amount of one million and seventy-five thousand United States Dollars (USD 1,075,000) as Repayment Instalment in accordance with Clause 6.1 of the Loan Agreement. The above mentioned amount remains outstanding up to date, and we hereby notify you that this non-payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement.

The Bank should have received by the Debtor on 15 November 2012 the amount of two hundred, nine thousand and nine hundred and seventy United States Dollars and eighty-four cents (USD 209,970.84) as Interest Payment in accordance with Clause 5.1 of the Loan Agreement, of which we received only one hundred and three thousand and seven hundred and ninety-eight United States Dollars and thirty-one cents (USD 103,798.31). The above mentioned amount remains outstanding up to date, and we hereby notify you that this non-payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement.

Vorsitzender des Aufsichtsrats: Klaus-Peter Müller
Vorstand: Martin Blessing (Vorsitzender), Frank Annuscheit, Markus Beumer,
Stephan Engels, Jochen Klösges, Michael Reuther, Stefan Schmittmann,
Ulrich Sieber, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Handelsregister: Amtsgericht Frankfurt am Main,
USt-IdNr.: DE 114 103 514


EXHIBIT 5

# COMMERZBANK

page 2  15 Oktober 2013

**Deutsche Schiffsbank**
**Portfoliomanagement International III**

The Bank should have received by the Debtor on 15 May 2013 the amount of one million and seventy-five thousand United States Dollars (USD 1,075,000) as Repayment Instalment in accordance with Clause 6.1 of the Loan Agreement. The above mentioned amount remains outstanding up to date, and we hereby notify you that this non-payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement.

The Bank should have received by the Debtor on 15 May 2013 the amount of one hundred and seventy-five thousand and nine hundred and seventy-two United States Dollars and twenty-two cents (USD 175,972.22) as Interest Payment in accordance with Clause 5.1 of the Loan Agreement, of which we received only eighty-nine thousand and two hundred and twenty United States Dollars and eighty-four cents (USD 89,220.84). The above mentioned amount remains outstanding up to date, and we hereby notify you that this non-payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement.

We hereby expressly reserve all our rights and remedies in respect of the event of non-compliance and Event of Default referred to above, including, but not limited to, all our rights and remedies under the Loan Agreement and the Securities, and at law. We also maintain that we are fully entitled to payment of default interest continues to accrue accrued and accruing pursuant to the Loan Agreement on the amounts currently overdue before, during and after, and notwithstanding, any discussions on any restructuring process.
Further, our rights remain reserved in respect of all or any other Events of Default or non-compliance with any provision of the Loan Agreement or the Securities which have previously been notified to the Debtor, together with any other Event of Default or non-compliance with the Loan Agreement or the Securities that may have occurred or is continuing.

Neither this letter, nor any delay or failure by us to enforce our rights under the Loan Agreement or any of the Securities or with respect to any Event of Default or non-compliance with any provision of the Loan Agreement or the Securities, shall constitute a variation, waiver, suspension or limitation of any or our rights pursuant to the Loan Agreement or any of the Securities, or give rise to any estoppel.

Without prejudice to the above, we reserve the right and without further reference to you, to take such actions as we may think fit to protect and/or enforce the security constituted by the Securities. All legal and other costs which we may incur in this respect will be for your account and will be payable on demand.

This letter shall be governed by and construed in accordance with German Law.

Yours faithfully

C O M M E R Z B A N K
Aktiengesellschaft

(Ulrike Richling)      (Marcus Weber)

# COMMERZBANK

**Gorgonia di Navigazione S.p.A.**
Att. Ms Maddalena D'Amato

**Piazza Bovio, 22**
**I-80133 Naples**
Italy

Peter Zimmermann
International Loans

Direct Line +49 40 37699-263
Telefax    +49 40 37699-649
peter.zimmermann@commerzbank.com

6 June 2012

**"UTOPIE"**

Dear Sirs,

We refer to (A) the loan agreement dated the 29th September 2006 as amended from time to time (the "**Loan Agreement**") entered into between Gorgonia di Navigazione S.p.A., being a company duly incorporated according to the laws of the Republic of Italy, having its registered office at Via Positano 5, I-80059 Torre del Greco, Italy, as borrower (herein referred to as the "**Debtor**") and Commerzbank AG, as legal successor of Deutsche Schiffsbank Aktiengesellschaft, acting through its office at Domstraße 18, D-20095 Hamburg, Federal Republic of Germany, as lender (therein and herein in such capacity referred to as the "**Bank**") in respect of - inter alia - a Loan in an amount of USD 30.175.000 (in words: thirty million and one hundred seventy-five thousand) advanced by the Bank to the Debtor under the terms and conditions of the Loan Agreement in order to assist the Debtor in long financing the construction and purchase of the Panamax-bulkcarrier "UTOPIE" built 2008 Hudong-Zhonghua Shipbuilding (Group) Co. Ltd., China and registered under the laws and flag of Italy in the name of the Debtor with IMO number 9422328 (the "**Vessel**") and (B) the Securities executed pursuant to the above Loan Agreement.

Words and expressions defined in the above Loan Agreement have the same meanings when used in this Letter.

The Bank should have received by the Debtor on 15 May 2012 principal in the amount of nine hundred and fifteen thousand United States Dollars (USD 915,000) in accordance with Clause 6.1 of the Loan Agreement and Enclosure 4 thereto. The above mentioned amount remains outstanding up to date, and we hereby notify you that this non payment constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement and Clause IV of the General Loan Conditions attached thereto.

We hereby put you on notice that we expect immediate payment of the above sum and that without limitation, we hereby expressly reserve all our rights and remedies in respect of the events of non-compliance and Events of Default referred to above, including, but not limited to, all our rights and remedies under the Loan Agreement and the Securities, and at law.

1

**COMMERZBANK** 

Further, our rights remain reserved in respect of all or any other Events of Default or non-compliance with any provision of the Loan Agreement or the Securities which have previously been notified to the Debtor, together with any other Event of Default or non-compliance with the Loan Agreement or the Securities that may have occurred or is continuing.

Neither this letter, nor any delay or failure by us to enforce our rights under the Loan Agreement or any of the Securities or with respect to any Event of Default or non-compliance with any provision of the Loan Agreement or the Securities, shall constitute a variation, waiver, suspension or limitation of any or our rights pursuant to the Loan Agreement or any of the Securities, or give rise to any estoppel.

Without prejudice to the above, we reserve the right and without further reference to you, to take such actions as we may think fit to protect and/or enforce the security constituted by the Securities. All legal and other costs which we may incur in this respect will be for your account and will be payable on demand.

This letter shall be governed by and construed in accordance with German Law.

Yours faithfully,

Commerzbank
Aktiengesellschaft

S. Zurmühlen        Peter Zimmermann

2

# COMMERZBANK 

**Gorgonia di Navigazione S.p.A.**
Att. Ms Maddalena D'Amato

**Piazza Bovio, 22**
**I-80133 Naples**
Italy

Peter Zimmermann
International Loans

Direct Line +49 40 37699-263
Telefax    +49 40 37699-649
peter.zimmermann@commerzbank.com

25 September 2012

**"UTOPIE" (the "Vessel")**
**Loan Agreement dated 29 September 2006 (the "Loan Agreement")**

Dear Sirs,

We refer to our letter dated 6 June 2012 to you (copy attached for your easy reference as Enclosure 1) and our meeting in Hamburg on 4 July 2012.

Words and expressions defined in the above Loan Agreement have the same meanings when used in this Letter.

The amount of principal instalment originally due on 15 May 2012 (USD 915,000, hereinafter the "15 May 2012 Instalment") remains outstanding up to date. As outlined in our letter dated 6 June 2012 non-payment of the 15 May 2012 Instalment constitutes an Event of Default under the Loan Agreement.

**Please be reminded that we expect payment of the outstanding sum by 30 September 2012 at the latest.**

In case that payment of all amounts overdue should not be effected until 30 September 2012, we hereby expressly reserve all our rights and remedies in respect of the events of non-compliance and Events of Default referred to above, including, but not limited to, all our rights and remedies under the Loan Agreement and the Securities, and at law.

Further, our rights remain reserved in respect of all or any other Events of Default or non-compliance with any provision of the Loan Agreement or the Securities which have previously been notified to the Debtor, together with any other Event of Default or non-compliance with the Loan Agreement or the Securities that may have occurred or is continuing.

Neither this letter, nor any delay or failure by us to enforce our rights under the Loan Agreement or any of the Securities or with respect to any Event of Default or non-compliance with any provision of the Loan Agreement or the Securities, shall constitute a variation, waiver, suspension or limitation of any of our rights pursuant to the Loan Agreement or any of the Securities, or give rise to any estoppel.

Without prejudice to the above, we reserve the right and without further reference to you, to take such actions as we may think fit to protect and/or enforce the security constituted by the Securities. All legal and other costs which we may incur in this respect will be for your account and will be payable on demand.

1

**COMMERZBANK**

This letter shall be governed by and construed in accordance with German Law.

Yours faithfully,

Encl.

Commerzbank
Aktiengesellschaft

S. Zurmühlen     Peter Zimmermann

# COMMERZBANK

Commerzbank AG, Post Box 11 19 13, 20419 Hamburg

**Deutsche Schiffsbank
International Loans**

**Gorgonia di Navigazione S.p.A**
Piazza Bovio, 22
I-80133 Naples

Att.: Ms. Maddalena D'Amato

Fax No.: +39 081 55 11 420

Peter Zimmermann
postal address:
Post Box: 11 19 13, 20419 Hamburg
office address:
Domstraße 18, D-20095 Hamburg
Phone +49 40/37699-263
Fax    +49 40/37699-649
peter.zimmermann@commerzbank.com

Hamburg, 16 October 2012

"UTOPIE"

Dear Sirs,

We refer to your e-mail dated 9 October 2012, 12:30 hrs., reporting of the pending negotiations with Shanghai Pudong Development Bank, Shanghai/China, to replace the financing of Commerzbank. In this connection we should be grateful if you could send us copy of the correspondence with that bank. Please also let us know - as soon as you can - which is the time frame for such re-financing.

Further we refer to our letter to you dated 6 June 2012 by which we

- notified you that non payment of the principal amount of USD 915,000 being due 15 May 2012 constitutes an Event of Default pursuant to Clause 15.5.1 of the Loan Agreement and Clause IV of the General Loan Conditions attached thereto,

- demanded immediate payment of the above sum and

- without limitation reserved all our rights and remedies in respect of the events of non-compliance and Events of Default referred to above non payment, including, but not limited to, all our rights and remedies under the Loan Agreement and the Securities, and at law.

This letter is still in place and all its contents are herewith expressly reiterated and confirmed.

Further, our rights remain reserved in respect of all or any other Events of Default or non-compliance with any provision of the Loan Agreement or the Securities which have previously been notified to the Debtor, together with any other Event of Default or non-compliance with the Loan Agreement or the Securities that may have occurred or is continuing.

Neither this letter, nor any delay or failure by us to enforce our rights under the Loan Agreement or any of the Securities or with respect to any Event of Default or non-compliance with any provision of the Loan Agreement or the Securities, shall constitute a variation, waiver,

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Vorsitzender), Frank Annuscheit, Markus Beumer, Stephan Engels, Jochen Klösges, Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Amtsgericht Frankfurt am Main, HRB 32000
VAT-ID No.: DE 114 103 514

**COMMERZBANK**

page 2 | 16 October 2012

suspension or limitation of any or our rights pursuant to the Loan Agreement or any of the Securities, or give rise to any estoppel.

Without prejudice to the above, we reserve the right and without further reference to you, to take such actions as we may think fit to protect and/or enforce the security constituted by the Securities. All legal and other costs which we may incur in this respect will be for your account and will be payable on demand.

**In this connection please find attached an Agreement containing a mandate for sale of the Vessel. We kindly ask you to sign that agreement and to send it back until 26 October 2012.**

This letter shall be governed by and construed in accordance with German Law.

Yours faithfully

C O M M E R Z B A N K
Aktiengesellschaft

(Zurmühlen)    (Zimmermann)



Commerzbank AG, Post Box 11 19 13, 20419 Hamburg

**Deutsche Schiffsbank
International Loans**

**Gorgonia di Navigazione S.p.A**
Piazza Bovio, 22
I-80133 Naples

Att.: Ms. Maddalena D'Amato

Fax No.: +39 081 55 11 420

**Peter Zimmermann**
postal address:
Post Box: 11 19 13, 20419 Hamburg
office address:
Domstraße 18, D-20095 Hamburg
Phone +49 40/37699-263
Fax    +49 40/37699-649
peter.zimmermann@commerzbank.com

Hamburg, 16 October 2012

### Agreement

Dear Sir/Madam,

By means of this letter, we wish to confirm the mandate you conferred on us to support you with the sale of your Ship "UTOPIE" (hereinafter referred to as "the Ship") and to document the details of the said mandate as follows:

1. You wish to sell your Ship in order to use the proceeds of the sale to repay the loan made available by us to finance the Ship since the income expected from operating the Ship is not sufficient to cover the service of principal and interest for the foreseeable future.

2. You have requested us for support in

   a) identifying potential prospective purchasers and to contact the decision-making representatives of such prospects

   b) obtaining purchase offers from potential prospective purchasers

   c) conducting sales negotiations with prospects jointly selected with you.

   We are required only to provide support concerning sales efforts but not the sale of the Ship itself.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman), Frank Annuscheit, Markus Beumer, Stephan Engels, Jochen Klösges, Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Amtsgericht Frankfurt am Main, HRB 32000
VAT-ID No.: DE 114 103 514

**COMMERZBANK** 

page 2 | 16 October 2012

In the course of our activities, we will be engaged as your contractor within the scope of a business management relationship. We are <u>not</u> authorized to issue legally binding statements to third parties with legal force and effect on yourselves.

3. Any efforts of your own to sell the Ship, in particular own contacts with potential prospects to purchase the Ship, shall not be affected by this Agreement. You undertake to inform us of the prospects with whom you have entered into sales negotiations in the past, present or future.

   If possible, the parties to this Agreement shall coordinate their activities concerning the expected purchase price. In the absence of a mutual consensus, the purchase price shall be based on the present market value of the Ship.

4. You undertake to reimburse us for the costs and out-of-pocket expenses incurred to a reasonable extent, including fees of other external consultants (such as solicitors, auditors, etc.) whose appointment we had previously agreed with you.

5. You undertake to assist us to the best of your ability in carrying out our mandate and, in particular, to arrange for all the prerequisites necessary for due and proper execution of our mandate: You warrant that any information made available to us by you or any third parties commissioned to do so by you within the scope of this Agreement is correct, complete and not misguiding. You undertake to inform us without delay if it turns out that material information made available to us by you should be or become incorrect, incomplete or misguiding, especially when material changes occur concerning the Ship.

   You undertake to hold us harmless from liability to third parties based on incorrect, incompleteness or misleading information we received from you or at your behest. In addition, you shall hold us harmless from any and all claims for compensation by third parties and shall reimburse us for any loss or damage sustained in connection with our activities. Exceptions in this context are claims for compensation and damages based on breach of duty on our part. We assume no obligations to you beyond the usual measure in the consultancy business regarding clarification, investigation or disclosure.

   Within the scope of this Agreement, we shall be liable only for intent and gross negligence.

6. We will make use of the information and records made available to us by you or at your behest within the scope of this Agreement. We undertake to pass on any information you have designated as being subject to business or trade secrecy to prospective purchasers only with your express consent.

   In this connection, you agree to our forwarding all Ship-related data and information about your business relations with Commerzbank AG to potential prospective purchasers

**COMMERZBANK** 

page 3 | 16 October 2012

to the extent necessary within the scope of the sales negotiations. You release Commerzbank AG from its duty of banking secrecy, such release being restricted to this particular purpose.

7. This Agreement may be terminated by either party subject to two weeks' notice in writing. The reimbursement of costs shall not be affected by such notice of termination.

8. This Agreement shall be construed in accordance with the laws of the Federal Republic of Germany. The non-exclusive place of jurisdiction is Hamburg.

In the event that any provision of this Mandate Agreement should be invalid or unenforceable, this shall not affect the validity and enforceability of all remaining provisions of this Mandate. The invalid or unenforceable provision shall be deemed to have been replaced by such valid and enforceable provision that best approximates the commercial purpose intended by us in considering the invalid or unenforceable provision in question.

— If this Agreement adequately reflects the details of the Mandate assigned to us, please be so kind as to confirm your consent by returning the enclosed copy of this letter to us, duly signed.

Yours faithfully

C O M M E R Z B A N K
Aktiengesellschaft

(Zurmühlen)        (Zimmermann)



Commerzbank AG, Post Box 11 19 13, 20419 Hamburg

**Deutsche Schiffsbank**
**International Loans**

**Gorgonia di Navigazione S.p.A**
Piazza Bovio, 22
I-80133 Naples

Att.: Ms. Maddalena D'Amato

Fax No.: +39 081 55 11 420

**Peter Zimmermann**
postal address:
Post Box: 11 19 13, 20419 Hamburg
office address:
Domstraße 18, D-20095 Hamburg
Phone +49 40/37699-263
Fax    +49 40/37699-649
peter.zimmermann@commerzbank.com

Hamburg, 16 October 2012

### Agreement

Dear Sir/Madam,

By means of this letter, we wish to confirm the mandate you conferred on us to support you with the sale of your Ship "UTOPIE" (hereinafter referred to as "the Ship") and to document the details of the said mandate as follows:

1. You wish to sell your Ship in order to use the proceeds of the sale to repay the loan made available by us to finance the Ship since the income expected from operating the Ship is not sufficient to cover the service of principal and interest for the foreseeable future.

2. You have requested us for support in

    a) identifying potential prospective purchasers and to contact the decision-making representatives of such prospects

    b) obtaining purchase offers from potential prospective purchasers

    c) conducting sales negotiations with prospects jointly selected with you.

    We are required only to provide support concerning sales efforts but not the sale of the Ship itself.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman), Frank Annuscheit,
Markus Beumer, Stephan Engels, Jochen Klösges, Michael Reuther,
Stefan Schmittmann, Ulrich Sieber, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Amtsgericht Frankfurt am Main, HRB 32000
VAT-ID No.: DE 114 103 514

**COMMERZBANK** 

page 2 | 16 October 2012

In the course of our activities, we will be engaged as your contractor within the scope of a business management relationship. We are not authorized to issue legally binding statements to third parties with legal force and effect on yourselves.

3. Any efforts of your own to sell the Ship, in particular own contacts with potential prospects to purchase the Ship, shall not be affected by this Agreement. You undertake to inform us of the prospects with whom you have entered into sales negotiations in the past, present or future.

   If possible, the parties to this Agreement shall coordinate their activities concerning the expected purchase price. In the absence of a mutual consensus, the purchase price shall be based on the present market value of the Ship.

4. You undertake to reimburse us for the costs and out-of-pocket expenses incurred to a reasonable extent, including fees of other external consultants (such as solicitors, auditors, etc.) whose appointment we had previously agreed with you.

5. You undertake to assist us to the best of your ability in carrying out our mandate and, in particular, to arrange for all the prerequisites necessary for due and proper execution of our mandate: You warrant that any information made available to us by you or any third parties commissioned to do so by you within the scope of this Agreement is correct, complete and not misguiding. You undertake to inform us without delay if it turns out that material information made available to us by you should be or become incorrect, incomplete or misguiding, especially when material changes occur concerning the Ship.

   You undertake to hold us harmless from liability to third parties based on incorrect, incompleteness or misleading information we received from you or at your behest. In addition, you shall hold us harmless from any and all claims for compensation by third parties and shall reimburse us for any loss or damage sustained in connection with our activities. Exceptions in this context are claims for compensation and damages based on breach of duty on our part. We assume no obligations to you beyond the usual measure in the consultancy business regarding clarification, investigation or disclosure.

   Within the scope of this Agreement, we shall be liable only for intent and gross negligence.

6. We will make use of the information and records made available to us by you or at your behest within the scope of this Agreement. We undertake to pass on any information you have designated as being subject to business or trade secrecy to prospective purchasers only with your express consent.

   In this connection, you agree to our forwarding all Ship-related data and information about your business relations with Commerzbank AG to potential prospective purchasers

**COMMERZBANK**

page 3 | 16 October 2012

to the extent necessary within the scope of the sales negotiations. You release Commerzbank AG from its duty of banking secrecy, such release being restricted to this particular purpose.

7. This Agreement may be terminated by either party subject to two weeks' notice in writing. The reimbursement of costs shall not be affected by such notice of termination.

8. This Agreement shall be construed in accordance with the laws of the Federal Republic of Germany. The non-exclusive place of jurisdiction is Hamburg.

In the event that any provision of this Mandate Agreement should be invalid or unenforceable, this shall not affect the validity and enforceability of all remaining provisions of this Mandate. The invalid or unenforceable provision shall be deemed to have been replaced by such valid and enforceable provision that best approximates the commercial purpose intended by us in considering the invalid or unenforceable provision in question.

If this Agreement adequately reflects the details of the Mandate assigned to us, please be so kind as to confirm your consent by returning the enclosed copy of this letter to us, duly signed.

Yours faithfully

C O M M E R Z B A N K
Aktiengesellschaft

(Zurmühlen)     (Zimmermann)

Confirmed and agreed.
Naples, ..... October 2012

.............................................
Gorgonia di Navigazione S.p.A.