### Outstanding Instalments 28043 Gorgonia

| | | Account | | |
|---|---|---|---|---|
| Von | Bis | 1430491 | 1430572 | total |
| 15.05.2012 | 15.05.2012 | 760.000,00 USD | 155.000,00 USD | 915.000,00 USD |
| 15.11.2012 | 15.11.2012 | 760.000,00 USD | 315.000,00 USD | 1.075.000,00 USD |
| 15.05.2013 | 15.05.2013 | 480.000,00 USD | 315.000,00 USD | 1.075.000,00 USD |
| 15.11.2013 | 15.11.2013 | 480.000,00 USD | 315.000,00 USD | 1.075.000,00 USD |
| | | | Summe | 4.140.000,00 USD |

### Outstanding Interest 28043 Gorgonia

| | | | Account | | |
|---|---|---|---|---|---|
| | Von | Bis | 1430491 | 1709461 | total |
| | 15.05.2012 | 15.11.2012 | 120.750,00 USD | 0,00 USD | 171.017,78 USD |
| | 15.11.2012 | 15.05.2013 | 84.843,75 USD | 49.452,91 USD | 175.972,22 USD |
| | 02.05.2013 | 02.05.2013 | 0,00 USD | 0,00 USD | -31.046,94 USD |
| Eingang | 04.06.2013 | 04.06.2013 | -33.198,31 USD | 0,00 USD | -52.419,15 USD |
| Eingang | 05.07.2013 | 05.07.2013 | -70.000,00 USD | 0,00 USD | -70.000,00 USD |
| | 15.05.2013 | 15.11.2013 | 75.823,33 USD | 36.662,64 USD | 156.679,51 USD |
| | | | | Summe | 350.203,42 USD |

### Outstanding Default Interest 28043 Gorgonia

| | | | Account | | |
|---|---|---|---|---|---|
| | Von | Bis | 1430491 | 1709461 | total |
| | 15.05.2012 | 15.11.2012 | 14.566,67 USD | 2.970,83 USD | 17.537,50 USD |
| | 15.05.2012 | 17.05.2012 | 33,09 USD | 10,26 USD | 43,35 USD |
| | 15.11.2012 | 02.05.2013 | 0,00 USD | 647,59 USD | 647,59 USD |
| | 15.11.2012 | 15.05.2013 | 27.225,42 USD | 8.418,39 USD | 35.643,81 USD |
| | 15.11.2012 | 15.05.2013 | 2.162,81 USD | 860,43 USD | 3.023,24 USD |
| Eingang | 04.06.2013 | 04.06.2013 | -14.599,76 USD | -2.981,09 USD | -17.580,85 USD |
| | 15.05.2013 | 15.11.2013 | 35.138,89 USD | 13.792,01 USD | 53.850,34 USD |
| | 15.05.2013 | 15.11.2013 | 2.203,32 USD | 768,93 USD | 3.841,11 USD |
| | | | | Summe | 97.006,09 USD |


EXHIBIT 6

## Outstanding expenses 28043 Gorgonia

| Von | Bis | Account 1430491 | Account 1430572 | Account 1709461 | total |
|---|---|---|---|---|---|
| 25.02.2013 | 25.02.2013 | 25,00 USD | 0,00 USD | 0,00 USD | 25,00 USD |
| 02.05.2013 | 02.05.2013 | 0,00 USD | 0,00 USD | 35,00 USD | 35,00 USD |
| 04.06.2013 | 04.06.2013 | 35,00 USD | 0,00 USD | 0,00 USD | 35,00 USD |
| 05.07.2013 | 05.07.2013 | 35,00 USD | 0,00 USD | 0,00 USD | 35,00 USD |
| 28.08.2013 | 28.08.2013 | 3.628,01 USD | 0,00 USD | 0,00 USD | 3.628,01 USD |
| 30.09.2013 | 30.09.2013 | 150,00 USD | 0,00 USD | 0,00 USD | 150,00 USD |
| 22.11.2013 | 22.11.2013 | 1.596,33 USD | 0,00 USD | 0,00 USD | 1.596,33 USD |
| 09.12.2013 | 09.12.2013 | 10.000,00 USD | 0,00 USD | 0,00 USD | 10.000,00 USD |
| | | | | total | 15.504,34 USD |

|  |  |
|---|---|
| outstanding instalments | 4.140.000,00 USD |
| outstanding Interest | 350.203,42 USD |
| outstanding default interest | 97.006,09 USD |
| outstanding expenses | 15.504,34 USD |
| total overdue | **4.602.713,85 USD** |
| accumulated interest for the period 15.11.2013 - 11.12.2013 | 20.109,38 USD |
| remaining debt due as per termination of Loan Agreement | 20.250.000,00 USD |
| Breakage costs | 100.827,55 USD |
| total exposure | **24.973.650,78 USD** |