FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 DEC 11 PM 4: 13

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMMERZBANK AKTIENGESELLSCHAFT** | **CIVIL ACTION** |
| Plaintiff | NO. 13-6622 |
| VERSUS | SECTION: " " I (3) <br> JUDGE |
| M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., in rem, and GORGONIA DI NAVIGAZIONE S.R.L., in personam | MAG. DIV. <br> MAGISTRATE JUDGE |
| Defendants | |

## MOTION TO PERMIT REPAIRS, MAINTENANCE AND MOVEMENT OF VESSEL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Commerzbank Aktiengesellschaft (hereinafter "Commerzbank" or "Commerzbank AG"), and moves this Honorable Court for an Order authorizing repairs, maintenance and movement of the M/V UTOPIE (the "Vessel") within the Eastern District of Louisiana while she is under arrest in this District upon showing the following:

I.

At plaintiff's request, and pursuant to a warrant of arrest issued herein, the United States Marshal for the Eastern District of Louisiana will arrest the M/V UTOPIE, within this District.

II.

It is in the best interest of all who are or may be concerned for the United States Marshal to be authorized to permit the M/V UTOPIE to conduct and to continue any ongoing repairs and maintenance activities and to be moved or shifted to another appropriate berth or anchorage located within this District and the jurisdiction of this Court.

III.

Pursuant to Local Admiralty Rule 64.3, plaintiff hereby requests that the United States Marshal for the Eastern District of Louisiana allow the Vessel to permit and to continue any repairs, maintenance and to move or shift to a safe berth and/or anchorage within this District while under arrest.

IV.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America and the U.S. Marshal, their agents, servants, employees and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of any and all vessel repair and maintenance activities, and out of activities to prevent or to stop any cargo activities, and out of the movement or shifting of the defendant vessel, while in the custody of the U.S. Marshal and at any other time.

WHEREFORE, plaintiff, Commerzbank Aktiengesellschaft, moves for an Order directing the United States Marshal for the Eastern District of Louisiana to permit repairs, maintenance and movement or shifting of the M/V UTOPIE while she is under arrest within the Eastern District of Louisiana.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  s/ Michael M. Butterworth
Brian Wallace (#17191)
Michael M. Butterworth (#21265)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
ATTORNEYS FOR PLAINTIFF
COMMERZBANK AKTIENGESELLSCHAFT