UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMERZBANK AKTIENGESELLSCHAFT<br><br>                **Plaintiff**<br><br>VERSUS<br><br>M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., *in rem*, and GORGONIA DI NAVIGAZIONE S.R.L., *in personam*<br><br>                **Defendants** | CIVIL ACTION<br><br>NO. 13-6622<br><br>SECTION "I" (3)<br><br>JUDGE AFRICK<br><br>MAGISTRATE KNOWLES |

## *EX PARTE*, UNOPPOSED MOTION FOR INTERLOCUTORY SALE OF VESSEL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, COMMERZBANK AKTIENGESELLSCHAFT (hereinafter "Commerzbank" or "Commerzbank AG"), holder of a Preferred Ship Mortgage on M/V UTOPIE (ex-UMBERTO D'AMATO) (hereinafter, the "Vessel"), and files this *ex parte*, unopposed Motion for Interlocutory Sale of Vessel, seeking an Order from this Court authorizing the sale of the *in rem* Defendant pursuant to Rule E(9)(b) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure. Plaintiff asks this Court to issue an Order directing the U.S. Marshal to sell the Vessel on the grounds that:

1. Neither the defendant Gorgonia Di Navigazione S.R.L. (the "Owner") nor any party claiming an interest in or claim to the Vessel has secured the release of the Vessel since its arrest on December 13, 2013 and the Owner has confirmed in writing they will not secure the release or oppose the sale of the Vessel;

- 2 -

2.      The expenses keeping the Vessel in the Court's custody are mounting and will continue to erode any sales proceeds available for disbursement to Commerzbank and any other parties claiming an interest in or claim to the Vessel;

3.      The Vessel is susceptible to damage, deterioration, and decay while it continues to sit at anchor; and

4.      The market for the Vessel is volatile and may result in a reduced sales price if sale is delayed.

Accordingly, for the above reasons and those set forth in the Memorandum in Support of the *ex parte*, unopposed Motion for Interlocutory Sale of Vessel filed herewith, Plaintiff respectfully requests this Honorable Court order that the Vessel, her engines, tackle, appurtenances, furniture, rigging, etc., be advertised, made available for inspection by prospective purchasers subject to U.S. Marshal rules and requirements for boarding, and auctioned by the U.S. Marshal pursuant to Rule E(9) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and that Plaintiff be allowed to credit bid up to the amount of the unpaid Preferred Ship Mortgage balance, presently estimated to be $24,974,604.95, upon presentation to the U.S. Marshal of an accounting of the unpaid balance.

- 3 -

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY: *s/ Michael M. Butterworth*
Brian Wallace (#17191)
Michael M. Butterworth (#21265)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
**ATTORNEYS FOR PLAINTIFF**
COMMERZBANK AKTIENGESELLSCHAFT


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants on this 22nd day of January, 2014.


*s/ Michael M. Butterworth*
BRIAN D. WALLACE
MICHAEL M. BUTTERWORTH