

Gorgonia di Navigazione
S.r.l.

The Honorable Judge Lance M. Africk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
USA

07 January 2014

**Commerzbank Aktiengesellschaft ("Plaintiff") v. M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackles, appurtenances, etc., in rem and GORGONIA DI NAVIGAZIONE S.R.L.. in personam ("Defendants"); C.A. No. 13-6622, in the United States District Court for the Eastern District of Louisiana, Section "I" (3)**

Dear Judge Africk:

The Defendants hereby declare that the Defendants:

1. do not object to the arrest of the vessel M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackles, appurtenances, etc., and

2. will not secure a release of the vessel mentioned above and will not object to its sale by the Court.

Sincerely yours,

Gorgonia di Navigazione S.r.l., as owners of the M/V UTOPIE

*[signature]*

**EXHIBIT 1**

Sede legale Via Positano 5 — 80059 Torre del Greco (NA)
tel. 0815513900 — 0815522149 — 0815511803 — fax 0815511420
Cap. Soc. Euro 5.000.000,00 int. vers. — P.IVA IT. 06849660631 — Tribunale di Napoli Rag. Soc. 445/95 —
C.C.I.A.A. 528376
E.mail: administration@gorgonianav.com; chartering@gorgonianav.com; ops@gorgonianav.com;
technical@gorgonianav.com