## nola.com | The Times-Picayune
### NOLA MEDIA GROUP

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70125-1429    TELEPHONE (504) 826-3201



Exhibit A
Attached

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Randy A. Trahan who deposes and says that he is Administrative Operations Manager of NOLA Media Group, a division of The Times-Picayune, L.L.C., a Louisiana limited liability company, and Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICES

Re: Commerzbank vs M/V Utopie (ex-Umberto D'Amato) Civil Action No. 13-6622

Advertisement of    Phelps Dunbar

Legals Only
365 Canal St., Ste 2000
New Orleans, La. 70130

Was published in    The Times Picayune

3800 Howard Ave.
New Orleans, LA 70125

On the following dates    December 25,27 January 1,8 15 2014

Sworn to and subscribed before me this 15th Day of January, 2014

Notary Public
My commission expires at my death.

Charles A. Ferguson, Jr.
Notary identification number 23492

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT
OF LOUISIANA

Commerzbank
Aktiengesellschaft Plaintiff

VERSUS

M/V UTOPIE (ex-UMBERTO D'A-MATO), her engines, tackle, appurtenances, etc., in rem, and Gorgonia DI Navigazione S.R.L.,

CIVIL ACTION
NO. 13-6622
SECTION "I" (3)
JUDGE AFRICK
MAGISTRATE KNOWLES

NOTICE OF SEIZURE

The United States Marshal, Eastern District of Louisiana, on December 13, 2013 has arrested the foregoing vessel, the M/V UTOPIE, IMO Number 9422328, Italian Registration Number 403. Notice is hereby given that pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims and in compliance with Rule C(6), that any person claiming any right to possession of said vessel and/or its engines, tackle, boilers, appurtenances, spare parts, etc., and, further that applications for intervention by persons claiming maritime liens or other interest in said vessel, must be filed with the Clerk of United States District Court for the Eastern District of Louisiana and a copy thereof served upon attorneys for plaintiff, PHELPS DUNBAR LLP, Canal Place, 365 Canal Street • Suite 2000, New Orleans, Louisiana 70130-6534, within fifteen (15) days after publication of this notice. Answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served
- 2 - PD.10814706.1 and filed within twenty (20) days after date of publication of this notice. Default will be noted and condemnation ordered as to any person not so serving and filing his claim and answer. Application for intervention under Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession.

Service upon Plaintiff's attorney shall be made at:

PHELPS DUNBAR LLP
Brian Wallace (#17191)
Michael M. Butterworth (#21265)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
ATTORNEYS FOR PLAINTIFF
COMMERZBANK
AKTIENGESELLSCHAFT