UNITED STADTES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMERZBANK AKTIENGESELLSCHAFT<br><br>Plaintiff<br><br>VERSUS<br><br>M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., in rem, and GORGONIA DI NAVIGAZONE S.R.L., in personam<br><br>Defendants | CIVIL ACTION<br><br>NO. 13-6622<br><br>SECTION "I" (3)<br><br>JUDGE AFRICK<br><br>MAGISTRATE KNOWLES |

### ATTESTATION UNDER PENALTY OF PERJURY OF [ Ingo Malinowski ]

1. My name is Ingo Malinowski. I am over the age of 21 and competent to make this attestation. The statements within this attestation are true and correct and are within my personal knowledge.

2. I am employed as Head of Ship Finance Dept. Intl. III by Commerzbank Aktiengesellschaft ("Commerzbank"). I have serviced in that capacity since _March 2013.

3. I have personal knowledge of the facts underlying the arrest of the M/V UTOPIE in Civil Action No. 13-6622 in the United States District Court for the Eastern District of Louisiana. Since the M/V UTOPIE was seized pursuant to orders of the Court on December 13, 2013, Commerzbank has been paying the U.S. Marshal's costs, crew wages, groceries, port costs, agent costs, and other incidental costs in order to maintain and preserve the vessel during her arrest. In the aggregate, those costs have average approximately $ 39.169,98 per week.

4. I declare under penalty of perjury that the foregoing is true and correct.

Ingo Malinowski          January 16th, 2014

