# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMERZBANK AKTIENGESELLSCHAFT<br><br>                **Plaintiff**<br><br>VERSUS<br><br>M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., *in rem*, and GORGONIA DI NAVIGAZIONE S.R.L., *in personam*<br><br>                **Defendants** | CIVIL ACTION<br><br>NO. 13-6622<br><br>SECTION "I" (3)<br><br>JUDGE AFRICK<br><br>MAGISTRATE KNOWLES |

### *EX PARTE*, UNOPPOSED MOTION TO SUBSTITUTE PROPOSED AMENDED ORDER

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, COMMERZBANK AKTIENGESELLSCHAFT (hereinafter "Commerzbank" or "Commerzbank AG"), and respectfully requests this Honorable Court Substitute the proposed amended Order of Interlocutory Sale of Vessel attached as Exhibit "A" hereto, for the original Proposed Order which was filed on 22 January 2014.

This Amended Order was jointly prepared by undersigned counsel and counsel for charterer Global Maritime Investments Cypress Limited's ("GMI"), who certify to the Court that their clients have no objection to the entry of the Order in this form.

Since M/V UTOPIE was arrested on 13 December, and after more than a month of advertisement per prior Court order, the only lien claimant to present a claim has been charterer GMI. Subject to this Amended Order being acceptable to this Honorable Court, Charterers GMI now have no objection to the judicial sale of M/V UTOPIE by the U.S. Marshal Service on 13 February 2013 or as soon thereafter as can be scheduled.

Accordingly, plaintiff Commerzbank respectfully requests this Honorable Court sign the attached Amended Order, so the Advertisement of Sale can be placed Monday 27 January, and timely published 29 January 2014.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *s/ Michael M. Butterworth*
Brian Wallace (#17191)
Michael M. Butterworth (#21265)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
**ATTORNEYS FOR PLAINTIFF**
COMMERZBANK AKTIENGESELLSCHAFT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants on this 27th day of January, 2014.

*s/ Michael M. Butterworth*
BRIAN D. WALLACE
MICHAEL M. BUTTERWORTH