UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COMMERZBANK AKTIENGESELLSCHAFT<br><br>                   **Plaintiff**<br><br>VERSUS<br><br>M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., in rem, and GORGONIA DI NAVIGAZIONE S.R.L., in personam<br><br>                  **Defendants** | CIVIL ACTION<br><br>NO. 13-6622<br><br>SECTION "I" (3)<br><br>JUDGE AFRICK<br><br>MAGISTRATE KNOWLES |

## ~~PROPOSED AMENDED~~ ORDER OF INTERLOCUTORY SALE OF VESSEL

Having considered the foregoing *ex parte*, unopposed Motion for Interlocutory Sale of M/V UTOPIE, and the Memorandum in Support thereof, it is hereby **ORDERED, ADJUDGED AND DECREED** THAT M/V UTOPIE be advertised for sale and auctioned by the United States Marshal, plaintiff Commerzbank Aktiengesellschaft to arrange advertisement in the New Orleans Times Picayune newspaper legal notices section subject to U.S. Marshal supervision and approval, and for M/V UTOPIE to be made available for inspection by prospective purchasers jointly with plaintiff Commerzbank's representatives at mutually-convenient dates and times before the sale, subject to U.S. Marshal rules and requirements for attending aboard the vessel, and then for M/V UTOPIE to be sold on Thursday, February 13, 2014 or as near to that date as may be convenient for the U.S. Marshal.

Advertisement of the Vessel's sale shall be published on at least three separate days in the New Orleans Times Picayune. The first advertisement shall be published at least fourteen days before the sale, the last at least three days before the sale, and another on any day between the first and the last. The advertisement shall be in substantially the following form:



## THE U.S. MARSHALS SERVICE
## NOTICE OF SALE OF VESSEL

TO: United States District Court, Eastern District of Louisiana at New Orleans

Brian D. Wallace, as attorney and representative of Commerzbank Aktiengesellschaft in the matter of Commerzbank Aktiengesellschaft versus M/V UTOPIE (ex-UMBERTO D'AMATO), her engines, tackle, appurtenances, etc., in rem, and Gorgonia Di Navigazione S.R.L., in personam, Civil Action No. 13-6622.

Pursuant to an Order of the United States District Court, Eastern District of Louisiana at New Orleans dated _____, Rec. Doc. _____.

Ms. Genny May, U.S. Marshal's Service for the Eastern District of Louisiana, hereby gives Notice that the M/V UTOPIE, IMO Number 9422328, Italian Registration Number 403, and all her engines, tackle, machinery, equipment and other appurtenances will be sold at Public Auction, as is (except for charterer's bunkers), where is, free and clear of all liens, encumbrances and pre-existing claims on the vessel, whether recorded or not, to the highest bidder at _____ a.m. on the _____ day of February, 2014 at the Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana, with all risks to be assumed by the purchaser at that time.

A deposit of ten percent (10%) of the bid shall be paid at the time of sale and the remaining ninety percent (90%) shall be paid within ten (10) days thereafter, excluding Saturdays, Sundays and holidays. Within the same ten (10) day period, the successful bidder shall pay charterer for its bunkers then on-board at the rate charterer paid for them, as set forth in charterer's latest bunkering invoice(s). If an objection to the sale is filed within that time, the bidder is excused from paying the balance of the purchase price until the sale is confirmed, and for a period of three (3) days thereafter. If the bid is not paid when due, the deposit shall be forfeited by the bidder and applied to the costs in this action. Payments to the U. S. Marshal's Service shall be by certified check or cashier's check.

Inquiries regarding the vessel may be directed to plaintiff's attorneys, Brian Wallace and Michael Butterworth, PHELPS DUNBAR LLP, Canal Place, 365 Canal Street • Suite 2000, New Orleans, Louisiana 70130-6534, Telephone: (504) 566-1311.

Inspection of the vessel may be arranged through the U.S. Marshal's Service, 500 Poydras Street, Room 724, New Orleans, Louisiana 70130 by executing a Waiver of and Release from Liability form acceptable to the U.S. Marshal's Service Office.

All proceeds of the sale shall be deposited into the Registry of the Court in accordance with the provisions of the Federal Rules of Civil Procedure.

At the judicial auction, plaintiff is to be permitted by the U.S. Marshal to bid on credit up to the sum of the unpaid Preferred Ship Mortgage balance of at least $24,974,604.95, plus the greater and increasing amount of the unpaid interest, costs and attorneys' fees, calculated as of the time of the judicial auction. Plaintiff is to provide the U.S. Marshal with a copy of the First Preferred Ship Mortgage and a printout or statement of the greater amount which will be outstanding as of the date of the judicial auction no later than one week before the scheduled date of the judicial auction. If not, plaintiff will not be able to credit bid the greater amount, and plaintiff's credit bid authority will be limited to $24,974,604.95.

In the event Commerzbank Aktiengesellschaft is the high bidder at the auction, and credit bids against the value of its preferred mortgage, it shall deposit into the Registry of the Court cash in United States currency in an amount sufficient to cover the claim of Global Maritime Investments Cypress Limited as stated in Civil Action No. 2:13-cv-06761-LMA-DEK, Global Maritime Investments Cypress Limited v. Utopie MV et al, pending in this Court, and any additional *custodia legis* costs ordered by the Court. The deposit required by this paragraph shall be made by Commerzbank Aktiengesellschaft within five (5) business days following the Marshal's Sale of the vessel.

**IT IS FURTHER ORDERED** that within ten (10) days of the successful bid, the successful bidder shall pay charterer, Global Maritime Investments Cypress Limited, for its bunkers then on-board at the rate charterer paid for them, as set forth in charterer's latest bunkering invoice(s). Charterer shall provide copies of its latest bunkering invoice(s) and an accounting of the bunkers remaining on-board to prospective bidders upon their request.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of the above styled cause for such other and further proceedings as may be appropriate.

New Orleans, Louisiana, 28th day of January, 2014.

_____
L. AFRICK
UNITED STATES DISTRICT JUDGE