DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DEGREE OF FORFEITURE**

OMB No: 1625-0027
Expires: 06/30/2016

2014 FEB 21 PM 2:50
WILLIAM W. BLEVINS
CLERK

**1. VESSEL NAME**
M/V UTOPIE          CA# 13-6622-I

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**
9422328

**3. PERSON EXECUTING INSTRUMENT**
NAME: SCOTT PERRY
TITLE: ACTING CHIEF DEPUTY U.S. MARSHAL

NAME AND ADDRESS OF AGENCY REPRESENTED *(AND DISTRICT, IF APPLICABLE)*
U.S. MARSHALS SERVICE, 500 POYDRAS STREET
RM B-724, NEW ORLEANS, LOUISIANA 70130

**4. COURT OR FORFEITURE INFORMATION**

☐ VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE *(COPY OF DECREE ATTACHED)*

☑ VESSEL SOLD PURSUANT TO COURT ORDER
NAME OF COURT: E/LA DISTRICT COURT
TITLE OF ORDER: ORDER CONFIRMING SALE

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**
MS "PAGANINI" SCHIFFAHRTSGESELLSCHAFT mbH & Co. KG
DOMSTRASSE 18
20095 HAMBURG
GERMANY

**5A. TOTAL INTEREST TRANSFERRED** *(100% UNLESS OTHERWISE SPECIFIED):* 100 %

**5B. MANNER OF OWNERSHIP.** *(CHECK ONLY ONE, IF APPLICABLE).* UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ TENANCY BY THE ENTIRETIES    ☐ COMMUNITY PROPERTY
☐ OTHER *(DESCRIBE)*

**6. CONSIDERATION RECEIVED** *(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)*
$23,750,000.00 (TWENTY THREE MILLION SEVEN HUNDRED FIFTY THOUSAND NO CENTS)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.     FREE AND CLEAR OF ALL LIENS

**8. SIGNATURE OF PERSON EXECUTING INSTRUMENT**
*/s/ Scott F. Perry*

**9. DATE SIGNED**
02/21/2014

**10. ACKNOWLEDGMENT**

ON 21 February 2014 (DATE) THE PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: Louisiana
Parish/COUNTY: Orleans

Michael M. Butterworth
Notary Public, Notary ID # 38295
Orleans Parish Louisiana
My Commission Expires With Life
Louisiana Bar #21265

Fee _____
Process _____
Dktd _____
CtRmDep _____

NOTARY PUBLIC: */s/ MMB*
MY COMMISSION EXPIRES: with Life (DATE)

CG-1356 (07/13)    Previous Edition Obsolete    Page 1 of 2

*(COMPLETE THIS SECTION ONLY IF VESSEL HAS NEVER BEEN DOCUMENTED AND DOES NOT HAVE A HULL IDENTIFICATION NUMBER.)*

## VESSEL DATA

| | |
|---|---|
| A. BUILDER | B. BUILDER'S HULL NUMBER |
| C. FORMER NAME(S) | D. FORMER MOTORBOAT NUMBERS |
| E. FORMER ALIEN REGISTRATIONS | F. DIMENSIONS  L=   B=   D= |
| G. PERSON FROM WHICH SELLER OBTAINED VESSEL | SIGNATURE OF SELLER |

## INSTRUCTIONS

1. INDICATE CURRENT DOCUMENTED NAME. (IF VESSEL HAS NEVER BEEN DOCUMENTED SELLER MUST COMPLETE AND SIGN DATA SECTION ABOVE.)

2. INDICATE OFFICIAL NUMBER AWARDED TO VESSEL OR HULL IDENTIFICATION NUMBER ASSIGNED BY MANUFACTURER. (IF THE VESSEL HAS NO HULL IDENTIFICATION NUMBER AND HAS NEVER BEEN DOCUMENTED, SELLER MUST COMPLETE AND SIGN THE VESSEL DATA SECTION ABOVE.)

3. INSERT NAME AND ADDRESS OF ALL PERSONS EXECUTING INSTRUMENT AND THEIR CAPACITY. LIST THE NAME AND ADDRESS OF THE AGENCY IF APPLICABLE.

4. SELF-EXPLANATORY.

5. LIST THE NAME(S) AND ADDRESS(ES) OF THE BUYERS.

5A. LIST THE INTEREST TRANSFERRED TO THE BUYER(S) NAMED ABOVE.

5B. CHECK THE MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED, THIS BILL OF SALE CREATES A TENANCY IN COMMON WITH EACH TENANT OWNING AN UNDIVIDED INTEREST.

6. SELF-EXPLANATORY. USE "REMARKS" SECTION ABOVE IF VESSEL IS NOT SOLD FREE AND CLEAR, OR TO LIST VESSEL APPURTENANCES WHICH ARE NOT SOLD WITH THE VESSEL.

7., 8., 9. SELF-EXPLANATORY.

10. THIS SECTION MUST BE COMPLETED BY A NOTARY PUBLIC OR OTHER PERSON AUTHORIZED TO TAKE ACKNOWLEDGMENTS OF DEEDS UNDER THE LAWS OF A STATE OR THE UNITED STATES. IF THERE ARE MULTIPLE SIGNATORIES TO THIS BILL OF SALE, EACH MUST MAKE AN ACKNOWLEDGMENT BEFORE A NOTARY. ATTACHMENTS SHOWING THOSE APPEARANCES ARE PERMITTED.

**NOTE:** THIS INSTRUMENT WILL BE INELIGIBLE FOR FILING AND RECORDING IF ALTERED AFTER EXECUTION AND ACKNOWLEDGMENT. ANY ALTERATIONS MADE PRIOR TO EXECUTION MUST BE ATTESTED BY THE PERSON TAKING THE ACKNOWLEDGMENT.

## PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552(A), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.

1. **AUTHORITY**: SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC, CHAPTER 313 AND 46 CFR, PART 67.

2. THE **PRINCIPAL PURPOSES** FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.
   (B) PLACEMENT OF THIS INSTRUMENT IN A BOOK FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE **ROUTINE USE** WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. **DISCLOSURE** OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY, HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC, CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID EXCEPT AGAINST ANY PERSON EXCEPT THE GRANTOR OR A PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321(A)).

AN AGENCY MAY NOT CONDUCT OR SPONSOR, AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A VALID OMB CONTROL NUMBER.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419 OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

CG-1356 (07/13)