UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLOBAL MARITIME INVESTMENTS CYPRUS LIMITED<br><br>Plaintiff<br><br>VERSUS<br><br>COMMERZBANK AKTIENGESELLSCHAFT<br><br><br>Defendant | CIVIL ACTION<br><br>NO. 14-472<br><br><br>SECTION I<br><br>MAGISTRATE 3 |

### ORDER FOR ISSUANCE OF WRIT OF FOREIGN ATTACHMENT

**UPON CONSIDERATION OF** the Plaintiff's Verified Complaint, Motion for Issuance of Writ of Foreign Attachment and counsel's Rule B Affidavit, and finding that the conditions for an attachment under Supplemental Admiralty Rule B appear to exist,

**IT IS ORDERED** that the Clerk issue a process of attachment as prayed for in the Verified Complaint, to wit, cash funds held in the Registry of this Court owned by, or held for the benefit of defendant COMMERZBANK AKTIENGESELLSCHAFT up to the amount of $3,450,256.50.

**IT IS FURTHER ORDERED** that any person claiming an interest in the property attached and arrested pursuant to said Order, upon application to the Court, be entitled to a prompt hearing in which the plaintiff shall be required to show why the attachment should not be vacated or further relief granted.

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with said process of maritime attachment.

Plaintiff agrees to hold harmless, and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of the bunkers as ordered herein.

New Orleans, Louisiana, April 16, 2014.

_____
**UNITED STATES DISTRICT JUDGE**