*Certification of Funds in the Registry

PRINCIPAL: $ *3,450,256.50*

Financial Deputy: *K Sange* Date: *8·19·14*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

COMMERZBANK
AKTIENGESELLSCHAFT
   **Plaintiff**

**VERSUS**

M/V UTOPIE (ex-UMBERTO
D'AMATO), her engines, tackle,
appurtenances, etc., *in rem,* and
GORGONIA DI NAVIGAZIONE S.R.L.,
*in personam*
   **Defendant**

CIVIL ACTION NO. 13-6622
c/w 13-6761 and 14-472

SECTION "I"
Hon. Lance M. Africk

MAGISTRATE (3)
Hon. Daniel E. Knowles, III

## ORDER FOR DISBURSEMENT OF REGISTRY FUNDS

IT IS HEREBY ORDERED that the *Ex Parte* Unopposed Joint Motion to Disburse
Funds by Commerzbank Aktiengesellschaft ("Commerzbank") and Global Maritime Investments
Cyprus Limited ("GMI") is hereby GRANTED.

THEREFORE, IT IS ORDERED that in accordance with the parties' settlement
agreement, the sum of THREE MILLION FOUR HUNDRED FIFTY THOUSAND TWO
HUNDRED FIFTY-SIX AND 50/100 ($3,450,256.50) DOLLARS, plus all interest earned and
less the assessment fee for the administration of funds, be disbursed to Phelps Dunbar LLP (Tax
Identification No. 72-0358621), 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130,
Attn: Mr. Michael M. Butterworth, Esq., for the benefit of Commerzbank and GMI. The clerk
is authorized and directed to so draw and deliver a check on the funds in deposit with the
Registry of this court in the principal amount of $3,450,256.50 plus all interest earned less the
assessment fee for the administration of funds.

IT IS FURTHER ORDERED that upon receipt of the Court's disbursement, Phelps
Dunbar LLP will promptly deposit the Court's check into its trust account, and that promptly

upon the Court's check clearing banking channels, Phelps Dunbar LLP, on behalf of Commerzbank, will make prompt payment to GMI of the settlement in accordance with the Agreement to Settle between Commerzbank and GMI dated June 5, 2014, and in accordance with GMI's payment instructions, and Commerzbank and GMI will execute the Receipt and Release, the form of which has been agreed upon.  In no event shall Phelps Dunbar LLP make GMI's payment of its share of the Registry Funds, any later than any payment of the Registry Funds to Commerzbank or any other party.

New Orleans, Louisiana, this __21__ day of August, 2014.

_____
The Honorable Lance M. Africk